# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sands, Willie L. | District Court Middle Georgia | 05/14/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior U. S. District Judge | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

C. B. King U. S. Courthouse
201 West Broad Avenue
Albany, Georgia 31701

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Mercer University |
| 2. Trustee | Walter F. George School of Law Foundation, Inc. |
| 3. Member | Albany Symphony Association, Inc. Board of Directors |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Gray Media Group Inc - Salary, TV News Anchor |
| 2. | 2019 | Self-employed, Singer/Performer |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | 9/4/2019-9/5/2019 | Braselton, GA | Presenter, CLE Seminar | food, mileage & hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sands, Willie L.** | 05/14/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Richard Neuwirth | personal loan | J |
| 2. Navient | college tuition loan | J |
| 3. Navient | college tuition loan | J |
| 4. LendingClub | personal loan | J |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sands, Willie L. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Wells Fargo | None | | J | T | | | | | |
| 2. | E*Trade SecuritiesLLC Brokerage (H) | | | | | | | | | |
| 3. | -EKSO common | None | | J | T | | | | | |
| 4. | -EKSO | None | | | | Sold (part) | 02/27/19 | J | | |
| 5. | -EKSO | None | | J | T | Buy (add'l) | 07/03/19 | J | | |
| 6. | -EKSO | None | | J | T | Buy (add'l) | 07/16/19 | J | | |
| 7. | -EKSO | None | | J | T | Buy (add'l) | 09/05/19 | J | | |
| 8. | -EKSO | None | | J | T | Buy (add'l) | 10/17/19 | J | | |
| 9. | -EKSO | None | | J | T | Buy (add'l) | 11/08/19 | J | | |
| 10. | -EKSO | None | | J | T | Buy (add'l) | 12/06/19 | J | | |
| 11. | -EKSO | None | | J | T | Buy (add'l) | 12/12/19 | J | | |
| 12. | -EKSO | None | | J | T | Buy (add'l) | 12/13/19 | J | | |
| 13. | -EKSO | None | | J | T | Buy (add'l) | 12/13/19 | J | | |
| 14. | -EKSO | None | | J | T | Buy (add'l) | 12/19/19 | J | | |
| 15. | -IDCC common | A | Dividend | J | T | | | | | |
| 16. | -ORBC common y | None | | J | T | | | | | |
| 17. | -PCRFY ADR | None | | | | Sold | 02/27/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sands, Willie L.** | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  -UEC common | | None | J | T | | | | | |
| 19.  -BABA ADR | | None | J | T | | | | | |
| 20.  -BABA | | None | J | T | Sold<br>(part) | 03/01/19 | J | A | |
| 21.  -BABA | | None | J | T | Buy<br>(add'l) | 07/25/19 | J | | |
| 22.  -BABA | | None | J | T | Buy<br>(add'l) | 07/29/19 | J | | |
| 23.  -QRVO common | | None | J | T | | | | | |
| 24.  -QRVO | | None | | | Sold<br>(part) | 02/28/19 | J | A | |
| 25.  -BLNK common Y | | None | J | T | | | | | |
| 26.  -EVSI common Y | | None | J | T | | | | | |
| 27.  -532782208 (LINC) common Y | | None | J | T | | | | | |
| 28.  -RACE common | A | Dividend | J | T | | | | | |
| 29.  -RACE | | | | | Sold<br>(part) | 02/28/19 | J | A | |
| 30.  -ANLDF common | | None | J | T | | | | | |
| 31.  -ANLDF | | | | | Buy<br>(add'l) | 03/14/19 | J | | |
| 32.  -ANLDF | | | | | Buy<br>(add'l) | 03/21/19 | J | | |
| 33.  -ANLDF | | | | | Buy<br>(add'l) | 03/29/19 | J | | |
| 34.  -ANLDF | | | | | Buy<br>(add'l) | 07/12/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sands, Willie L. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  -ANLDF | | | | | Buy<br>(add'l) | 12/30/19 | J | | |
| 36.  -BCC common | | | | | Sold | 02/27/19 | J | | |
| 37.  -CUBI common | | None | | | Sold<br>(part) | 02/27/19 | J | | |
| 38.  -CUBI | | | | | Sold | 06/04/19 | J | | |
| 39.  -FTSSF common | | None | J | T | | | | | |
| 40.  -FTSSF | | | | | Buy<br>(add'l) | 05/07/19 | J | | |
| 41.  -FTSSF | | | | | Buy<br>(add'l) | 05/22/19 | J | | |
| 42.  -FTSSF | | | | | Buy<br>(add'l) | 06/05/19 | J | | |
| 43.  -KSHB common Y | | None | J | T | | | | | |
| 44.  -LAC common Y | | None | J | T | | | | | |
| 45.  -LAC common | | | | | Buy<br>(add'l) | 06/06/19 | J | | |
| 46.  -NRGMF common Y | | None | J | T | | | | | |
| 47.  -TTS common | A | Dividend | | | | | | | |
| 48.  -TTS | | | | | Sold<br>(part) | 02/27/19 | J | | |
| 49.  -TTS | | | | | Sold | 06/04/19 | J | | |
| 50.  -RHHNF common | | None | J | T | | | | | |
| 51.  -RHHNF | | | | | Buy<br>(add'l) | 04/09/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sands, Willie L. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   -RHHNF | | | | | Buy (add'l) | 04/23/19 | J | | |
| 53.   -RHHNF | | | | | Buy (add'l) | 04/24/19 | J | | |
| 54.   -RHHNF | | | | | Buy (add'l) | 06/17/19 | J | | |
| 55.   -RHHNF | | | | | Buy (add'l) | 07/24/19 | J | | |
| 56.   -RHHNF | | | | | Buy (add'l) | 09/10/19 | J | | |
| 57.   -RHHNF | | | | | Buy (add'l) | 09/10/19 | J | | |
| 58.   -RHHNF | | | | | Buy (add'l) | 10/17/19 | J | | |
| 59.   -RHHNF | | | | | Buy (add'l) | 10/22/19 | J | | |
| 60.   -RHHNF | | | | | Buy (add'l) | 12/06/19 | J | | |
| 61.   -AQ common | | None | | | Buy | 03/22/19 | J | | |
| 62.   -AQ | | | | | Sold | 05/17/19 | J | A | |
| 63.   -CBM common | | None | | | Buy | 03/22/19 | J | | |
| 64.   -CBM | | | | | Distributed | 12/04/19 | J | A | |
| 65.   -TTOO common | | None | J | T | Buy | 03/28/19 | J | | |
| 66.   -TTOO | | | | | Buy (add'l) | 07/29/19 | J | | |
| 67.   -TTOO | | | | | Buy (add'l) | 08/16/19 | J | | |
| 68.   -TTOO | | | | | Buy (add'l) | 08/20/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sands, Willie L. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. TIAA Brokerage Services (H) Y | | | | | | | | | |
| 70. -EVSI common Y | | None | J | T | | | | | |
| 71. -ARRRF common Y | | None | J | T | | | | | |
| 72. -CTEQF common Y | | None | J | T | | | | | |
| 73. National Financial Services, LLC (H) Y | | None | J | T | | | | | |
| 74. -KSHB common Y | | None | J | T | | | | | |
| 75. Raycom Media, Inc 401(k) (H) Y | | | | | Merged<br>(with line 76) | 03/28/19 | L | A | |
| 76. Gray Television, Inc. Capital Accumulation Plan H X | | | | | | | | | |
| 77. -American Beacon Small Cp Val Inst X | A | Dividend | J | T | | | | | |
| 78. -American Funds American Balanced R6 X | A | Dividend | J | T | | | | | |
| 79. -Key Guaranteed Portfolio Fund X | | None | J | T | | | | | |
| 80. -Blackrock Mid-Cap Growth Equity K X | A | Dividend | J | T | | | | | |
| 81. -American Funds EuroPacific Gr R6 X | A | Dividend | K | T | | | | | |
| 82. -American Funds Invmt Co of America R6 X | A | Dividend | J | T | | | | | |
| 83. -Goldman Sachs U S Mortgages R6 X | A | Dividend | J | T | | | | | |
| 84. -Vanguard Mid Cap Index Funds-Admiral X | A | Dividend | J | T | | | | | |
| 85. -Loomis Sayles Core Plus Bond N X | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sands, Willie L.** | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.    -Vanguard Small Cap Index Adm X | A | Dividend | J | T | | | | | |
| 87.    -JPMorgan Growth & Income R6 X | A | Dividend | J | T | | | | | |
| 88.    -Vanguard Large Cap Index Adm X | A | Dividend | K | T | | | | | |
| 89.    Principal Life Insurance Company (adustible life) X | C | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sands, Willie L.** | 05/14/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 64 - CBM was acquired for cash and its stockholders were paid cash for stock held in corporation at time of its acquisition. The proceeds are noted as a distribution because no stock was received as payment. This was not a merger.

Line 75 - The Plan listed at line 75 and in previous reports was administered by Raycom Media, Inc, former empolyer. Raycom or relevant holdings of Raycom were acquired by Gray Television , Inc (new and  present employer). The former assetts held by Raycom were rolled over directly into Gray Television, Inc's Plan, Gray Television, Inc. Capital Accumulation Plan. That Plan, and the assets held therein, begins at Line 76. The rollover was effective 3/28/19, as noted.

| Name of Person Reporting | Date of Report |
|---|---|
| Sands, Willie L. | 05/14/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Willie L. Sands**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544